VINE H. SMITH, as Administrator of the Estate of EVERLY M. DAVIS, JR., Deceased, Appellant, v. BARBARA C. SANDERS, Individually and as Trustee, Respondent.— Action by the administrator of the estate of the beneficiary of two *inter vivos* trusts against defendant, individually and as substituted trustee. The complaint contains two causes of action. The first cause of action is to set aside a release given by plaintiff's intestate and the settlor to the defendant as to one of the trusts, and for an accounting as to that trust; the second is for an accounting as to the other trust. Plaintiff appeals from a judgment, entered on the decision of an Official Referee, dismissing the complaint on the merits. On the argument of the appeal, appellant stated that he was proceeding only as to the first cause of action. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ. [See 281 App. Div. 709.]

BEN STAHLBERG et al., Respondents, v. LEO G. LAIDLAW et al., Appellants.— Action for damages by next of kin for claimed unauthorized removal and embalming of body of their decedent. Order denying defendants' motion for a change of venue from Kings County to Sullivan County reversed on the law and the facts, with $10 costs and disbursements, and motion granted, without costs. The convenience of witnesses and the interests of justice require that the venue of this transitory action be changed from Kings County to Sullivan County. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

In the Matter of PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Petitioner, against ALFRED V. NORTON, a Justice of the Supreme Court of the State of New York, et al., Respondents.— Motion for an order in the nature of prohibition and to vacate or modify stay denied, without costs. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

## (November 17, 1952.)

PAULINE BAUM, Respondent, v. HADASSA CROSFIELD, Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See *ante,* p. 805.]